UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

|  |  |
|---|---|
| IN RE: | : CHAPTER 7 |
| LINDA S. COUGHLIN | : CASE NO. 11-23168 (ASD) |
| DANIEL F. COUGHLIN | : |
| Debtors | : |

TRUSTEE'S MOTION TO DISMISS CASE
UNDER 11 U.S.C. SECTION 707 OR 521

To the Debtors, the Debtors' Attorney and all other parties in interest:

1. The Chapter 7 Trustee moves this Court to dismiss this case under 11 U.S.C. Section 707 or 521.

2. This motion is based upon the Debtors causing unreasonable delay in the case prejudicial to creditors in failing to comply with the Order of this Court dated March 28, 2013 and by failing to cooperate with the Trustee by providing him with the following information:

   a. Documentation concerning valuation and balance due to satisfy security interest on real estate owned by the debtors.

3. The following points and authorities are submitted in

support of this motion:

  a. The debtors shall cooperate with the trustee as necessary to enable the trustee to perform the trustee's duties, shall surrender to the trustee all property of the estate and recorded information relating to property of the estate, and shall appear at any hearing required under Section 524(d).  11 U.S.C. Section 521(a)(1).

  b. The Court may dismiss a case under this chapter after notice and a hearing for cause or if the interests of the debtors and creditors would be better served by dismissal.  *See generally* 11 U.S.C. Sections 305 and 707.  *See generally* 11 U.S.C. Section 521.

4. For the above reasons, the Chapter 7 Trustee respectfully requests that this Court dismiss this case, and grant such other and further relief as the court may deem appropriate in the circumstances.

Dated at Hartford, Connecticut on June 26, 2013

      /s/ John J. O'Neil, Jr.
      John J. O'Neil, Jr., Trustee
      255 Main Street
      Hartford, CT 06106
       860-527-3271