UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

_____
                                    :
IN RE:                              : CHAPTER 7
                                    :
LINDA S. COUGHLIN                   : CASE NO.  11-23168 (ASD)
DANIEL F. COUGHLIN                  :
                                    :
        Debtors                     : RE: ECF No. 128
_____ :

**ORDER DISMISSING THE PETITION OF
LINDA S. COUGHLIN AND DANIEL F. COUGHLIN**

The foregoing Motion having been heard, it is hereby Granted, and it is

ORDERED that the Petition of the Debtors, LINDA S. COUGHLIN and DANIEL F. COUGHLIN, is hereby dismissed.

Dated: August 30, 2013

Albert S. Dabrowski
Chief United States Bankruptcy Judge

Hearing held on 8/22/13